IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LARRY CROCKETT, JR. **PLAINTIFF**
INDIVIDUALLY AND ON BEHALF
OF ANY AND ALL WRONGFUL DEATH
BENEFICIARIES OF EBONY
CROCKET, DECEASED

v. CASE NO.: 3:22-cv-00206-MPM-RP

AMAZON.COM SERVICES, LLC,
AMAZON FULFILLMENT SERVICES, INC.,
GARDA WORLD SECURITY SERVICES, INC., AND
LANAFFRIAH PARKER **DEFENDANTS**

## AGREED ORDER OF REMAND

Before the Court is the Joint Notice Regarding Removal & Now Remand, filed by Plaintiff and Defendant Garda [4]. Following Defendant Garda's removal, Plaintiff provided Defendant Garda with service-related information (regarding other Defendants) that was not known to Defendant Garda at the time of removal. Having reviewed this information, Plaintiff and Defendant Garda—the only two parties before the Court—represent that this matter can and should be remanded to the state court from which it was removed, the Circuit Court of Desoto County, Mississippi. The Court agrees.

ACCORDINGLY, it is ordered that this case is hereby remanded to the Circuit Court of Desoto County, Mississippi. Each party to bear their own fees and costs.

SO ORDERED, this 27th day of September, 2022.

Michael P. Mills
U.S. District Judge